**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDIN DONALDO TABORA-BRIZUELA** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-7010** |
| | : | |
| **SECRETYARY MARKWAYNE MULLIN, ET AL.** | : | |

**ORDER**

This 14th day of September, 2026 after initial review of Petitioner Tabora-Brizuela's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1. Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court. If Petitioner has already been moved from the Eastern District, Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the Commonwealth of Pennsylvania.
2. Respondents shall file any response to the Petition on the ECF filing system no later than **10:00 a.m.** on Thursday**, September 17, 2026,** or show cause why such an expedited response is not feasible.
3. As part of their response, Respondents shall disclose whether Petitioner is subject to any pending or prospective criminal charges in the United States or elsewhere.[1]

/s/ Gerald Austin McHugh
United States District Judge

[1] If such disclosure could compromise an ongoing investigation, Respondents may in the first instance provide such disclosure on an *ex parte* basis to Chambers.