**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDIN DONALDO TABORA-BRIZUELA** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-7010** |
| | : | |
| **SECRETARY MARKWAYNE MULLIN, ET AL.** | : | |

**ORDER**

This 17th day of September, 2026, after initial review of the Government's Response, it is hereby **ORDERED** that counsel shall appear for a hearing on **September 23, 2026**, commencing at **1:30 p.m.** in Courtroom 9B. Counsel for Petitioner is directed to file any reply to the Government's response no later than 4:00 p.m. on September 22nd, 2026.

At the hearing, the Government should be prepared to address when the arrest warrant was issued, specifically whether it was issued before Petitioner was taken into custody following the vehicle stop. In advance of the hearing, the Government shall produce any available Body Worn Camera footage.

/s/ Gerald Austin McHugh
United States District Judge