**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDIN DONALDO TABORA-BRIZUELA** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 26-7010** |
| | **:** | |
| **SECRETARY MARKWAYNE MULLIN, ET AL.** | **:** | |

# ORDER

This 25th day of September, 2026, following a hearing and consideration of the parties' supplemental submissions, the Court concludes that Petitioner's detention is unlawful by virtue of his warrantless arrest in violation of the Immigration and Nationality Act and in violation of his constitutional right to due process.[1] It is therefore **ORDERED** that the Government shall release Mr. Tabora-Brizuela immediately and shall return all personal belongings confiscated upon his arrest or during his detention, including any identification documents, and certify compliance with this Order no later than 1:00 p.m. ET on September 28, 2026.

/s/ Gerald Austin McHugh
United States District Judge

[1] A memorandum opinion setting forth the Court's analysis in more detail will follow.